UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>*Plaintiff*,<br>v.<br>**GLEN WHITCOMB,**<br>*Defendant*. | CRIMINAL ACTION NO. 8:20-CR-452-DCC<br><br>**MOTION TO SEAL EXHIBIT TO SENTENCING MEMORANDUM** |

Defendant Whitcomb requests the Court allow him to file an exhibit to his sentencing memorandum under seal, pursuant to the *Standing Order Regarding Sealing Documents Filed in Criminal Matters,* filed October 28, 2014, in 3:14-mc-00333-TLW.

Counsel makes this request to protect the privacy interests of the individual involved in this case. The privacy interest and safety of the individual involved outweighs the public's interest in access to this material. This Court has inherent authority to seal this document. *Baltimore Sun v. Goetz,* 886 F.2d 60 (4th Cir. 1988); *In re Application of the United States for an Order Pursuant to 18 U.S.C. Section 2703(D)*, 707 F.3d 283 (4th Cir. 2013).

Based on the important interests at stake and the Court's authority in these matters, counsel for the Defendant respectfully requests the Court allow one exhibit to the sentencing memorandum, which contains private medical and/or psychological information to be filed by the defense in this matter under seal.

Counsel has discussed this request with the assigned AUSA and she does not object.

Respectfully Submitted,

***s/ Joshua Snow Kendrick***

Joshua Snow Kendrick (Fed ID 9037)
KENDRICK & LEONARD, P.C.
506 Pettigru Street (29601)

P.O. Box 6938
Greenville, SC 29606
Tel: (864) 760-4000
Josh@KendrickLeonard.com

January 31, 2022
Greenville, South Carolina